# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

**FILED (I)**

| | |
|---|---|
| In Re: | § Case No. 11-67105-PJS |
| | § |
| BLUE WATER EMBEDDED, INC. | § Chapter 7 |
| | § |
| DEBTOR. | § |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for SWELL SOFTWARE, LLC ("Swell"), and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations and orders, or other documents, filed or entered in this case, be transmitted to:

> Berry D. Spears
> Adam T. Schramek
> FULBRIGHT & JAWORSKI L.L.P.
> 98 San Jacinto Blvd., Suite 1100
> Austin, TX 78701-4255
> Telephone: (512) 474-5201
> Facsimile: (512) 536-4598
> bspears@fulbright.com
> aschramek@fulbright.com

PLEASE TAKE FURTHER NOTICE that neither this Request for Notice nor any subsequent appearances, pleadings, claims, proofs of claim, documents, suits, motions nor any other writings or conduct, shall constitute a waiver of Swell's:

    a.    right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court;

    b.    right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private right, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. Section 157 (b) (2) (H), and whether or not such jury trial right is pursuant to statute or the United States Constitution;

    c.    right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
95276870.1      Page 1 of 3
11-67105-pjs    Doc 13    Filed 10/24/11    Entered 10/24/11 13:53:00    Page 1 of 3

  d.  other rights, claims, actions, defenses, setoffs, recoupments or other matters to which Swell is rightly entitled under any agreements or at law or in equity or under the United States Constitution.

  All of the above rights are expressly reserved and preserved unto Swell without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: October 21, 2011      FULBRIGHT & JAWORSKI L.L.P.

                By: *(signature)*
                   Berry D. Spears (SBT 1889300)
                   Adam T. Schramek (SBT 24033045)
                   98 San Jacinto Blvd., Suite 1100
                   Austin, Texas 78701-4255
                   Telephone: (512) 474-5201
                   Facsimile: (512) 536-4598

                   ATTORNEYS FOR SWELL SOFTWARE, LLC

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

95276870.1                                                      Page 2 of 3

11-67105-pjs  Doc 13  Filed 10/24/11  Entered 10/24/11 13:53:00  Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that, on the 21st day of October, 2011, a true and correct copy of the foregoing Notice was served upon the following counsel, via First Class United States Mail:

Scott A. Wolfson
Wolfson Bolton PLLC
3150 Livernois, Suite 275
Troy, MI 48083

David W. Allard, Trustee
2600 Buhl Building
535 Griswold
Detroit, MI 48226-3697

_____
Adam T. Schramek